UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JILLISA BAUM, individually and on behalf
of others similarly situated,

                Plaintiff,

v.

Case No.

GROCER DIRECT, L.L.C. and
TRANSWORLD SYSTEMS, INC.

                Defendants.
_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Transworld Systems, Inc. ("TSI"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 *et seq.*, hereby removes this action from the Superior Court of New Jersey, Monmouth County, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, TSI states as follows:

1. On April 10, 2017, plaintiff, Jillisa Baum (plaintiff), commenced a civil action in the Superior Court of New Jersey, Monmouth County, entitled and captioned *Jillisa Baum, individually and on behalf of others similarly situated v. Grocer Direct, L.L.C. and Transworld Systems, Inc.*, Case No. L-1385-17 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

2. In the Complaint, plaintiff alleges statutory causes of action against TSI under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.* A true and correct copy of plaintiff's Complaint is attached hereto as Exhibit "A." Therefore,

this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because plaintiff affirmatively alleges violations of the FDCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. On May 10, 2017, TSI was served with a copy of the Summons and Complaint.

4. TSI has confirmed with plaintiff's counsel that co-defendant, Grocer Direct, L.L.C. has not been served at the time of filing this Notice of Removal.

5. The time within which TSI is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which TSI was served with plaintiff's Complaint. *See* 28 U.S.C. § 1446.

6. The Superior Court of New Jersey, Monmouth County is located within the United States District Court for the District of New Jersey. Therefore, venue for purposes of removal is proper pursuant to 28 U.S.C. § 89(b) because the United States District Court for the District of New Jersey embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

7. Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of New Jersey, Monmouth County. *See* Exhibit "B" attached hereto.

8. Written notice of this Notice of Removal of this action is being caused to be

served on the plaintiff.

WHEREFORE, defendant, Transworld Systems, Inc., gives notice that this action is removed from the Superior Court of New Jersey, Monmouth County, to the United States District Court for the District of New Jersey.

Dated:  June 5, 2017.

                                                 Respectfully Submitted,

                                                 /s/ Ross S. Enders
                                                 Ross S. Enders, Esq.
                                                 Sessions Fishman Nathan & Israel
                                                 2303 Oxfordshire Road
                                                 Furlong, PA 18925
                                                 Telephone: (215) 794-7207
                                                 Facsimile:  (215) 794-5079
                                                 Email: renders@sessions.legal
                                                 *Attorneys for Defendant,*
                                                 *Transworld Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017 a copy of the foregoing was served electronically via CM/ECF on the following:

| | |
|---|---|
| Lewis G. Adler, Esq. | Paul Depetris, Esq. |
| Law Office of Lewis G. Adler | Law office of Paul Depetris |
| 26 Newton Ave. | 532 Route 70 West, 2nd Floor |
| Woodbury, NJ  08096 | Cherry Hill, NJ  08002 |

                                               /s/ Ross S. Enders
                                               Ross S. Enders, Esq.